**Notice Recipients**

District/Off: 0420–2          User: greene          Date Created: 12/15/2016
Case: 16–06340–jw          Form ID: b309i          Total: 5


**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
543133668   LENMARK FINANCIAL

TOTAL: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Gonzales Q. Waddy        1514 Mulberry Street        Charleston, SC 29407
ust        US Trustee's Office        Strom Thurmond Federal Building        1835 Assembly Street        Suite
           953        Columbia, SC 29201
tr         James M. Wyman        PO Box 997        Mount Pleasant, SC 29465–0997
543133667   DITECH FINANCIAL LLC        PO BOX 6172        RAPID CITY SD 57709–6172

TOTAL: 4